AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAY -7 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Juan Perez-Aldana

**CRIMINAL COMPLAINT**

Case Number:   M-19-1034-M

IAE   YOB: 1996
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 5, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Progreso, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Juan Perez-Aldana was encountered by Border Patrol Agents near Progreso, Texas on May 5, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 5, 2019, near Progreso, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 7, 2018 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 27, 2016, the Defendant was convicted of Child Molesting, Fondling or Touching with Child Under Fourteen (14) Years of Age and sentenced to six (6) years confinement with four (4) years being suspended.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

AUSA Andrew Henning 5/7/19 @ 8:24 am

Sworn to before me and subscribed in my presence,

Signature of Complainant

May 7, 2019   8:38 am   Kellen Meador   Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer